UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELICA CASTLE,

                        Plaintiff,

      -against-

PLS CHECK CASHERS OF NEW YORK, INC.,
COGENCY GLOBAL INC.,
PERLA RAMIREZ, individually,
RUBY MATEO, individually, and
ALBINA ALMONTAE, individually,

                        Defendants.
------------------------------------------------------------------X

1:19-cv-09735-JMF

**STIPULATION AND ORDER OF STAY**

      **IT IS HEREBY STIPULATED** by and between the undersigned counsel that, pursuant to 9 U.S. Code § 3 Federal Arbitration Act (also known as the "FAA"), the Court stay this matter in order to provide all parties the opportunity to resolve this matter through arbitration.

Dated:    New York, New York          Northbrook, Illinois

            January 15, 2020                January 15, 2020

            _____     _____
            Ishan Dave                        Ines Monte
            Derek Smith Law Group, PLLC    LaPointe Law, P.C.
            *Attorneys for Plaintiff*            *Attorneys for Defendants*
            One Penn Plaza, Suite 4905      1200 Shermer Road, Suite 425
            New York, New York 10119       Northbrook, Illinois 60062
            (212) 587-0760                   (847) 786-2508

SO ORDERED

Dated:    New York, New York

            _____, 2020

_____
Hon. Jesse M. Furman
United States District Judge